NOVEMBER 20, 1990

No. 90–422. KELLER, AS TRUSTEE FOR THE LIQUIDATION OF BLINDER, ROBINSON & CO., INC. *v.* WALFORD ET AL. Ct. App. Colo. Certiorari dismissed under this Court's Rule 46. ██

No. 90–6166 (A–351). MAPES *v.* OHIO. Ct. App. Ohio, Cuyahoga County. Application for stay of execution of sentence of death, presented to JUSTICE STEVENS, and by him referred to the Court, denied. Certiorari denied.

JUSTICE MARSHALL, dissenting.

Adhering to my view that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia*, 428 U. S. 153, 231 (1976), I would grant the application for stay of execution and the petition for writ of certiorari and would vacate the death sentence in this case.

NOVEMBER 26, 1990

No. 90–5375. ELLIS *v.* OKLAHOMA. Ct. Crim. App. Okla. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Grady* v. *Corbin*, 495 U. S. 508 (1990).